UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT J. NORKUS and
SANDRA S. NORKUS,

    Plaintiffs,

File No. 1:13-CV-1327

v.

HON. ROBERT HOLMES BELL

ING U.S., INC.,

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

On December 12, 2014, this Court granted Defendant ING U.S., Inc.'s motion for sanctions against Plaintiffs' counsel, T. Michael Doyle, pursuant to Federal Rule of Civil Procedure 11, and deemed attorney fees an appropriate sanction. (ECF No. 23, 24.) Defendant's counsel, Lauren J. McGill, filed a bill of costs with the Court (ECF No. 25), and Plaintiffs' counsel submitted objections to the reasonableness of the fees requested. (ECF No. 26). The parties now request 30 days to formalize an agreement on the amount of sanctions. (ECF No. 27.) Accordingly,

**IT IS HEREBY ORDERED** that the parties' request extending time to **March 7, 2015**, to file an agreement on the amount of sanctions (ECF No. 27) is **GRANTED**.

Dated: February 6, 2015            /s/ Robert Holmes Bell
                                                     ROBERT HOLMES BELL
                                                     UNITED STATES DISTRICT JUDGE